UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

KLAUBER BROTHERS, INC,

                Plaintiff,

-against-

LOUNGEHOUSE LLC and DOES 1-10,

                Defendants.

------------------------------------ x

ORDER

21 Civ. 3383 (GBD)

GEORGE B. DANIELS, District Judge:

In light of the Plaintiff's notice that the Parties have reached a settlement on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within forty-five (45) days of this order.

Dated: August 9, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE